UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Thomas Kuznar, as Administrator of the Estate of Emilia Piastowska Kuznar, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 11 CV 09229 |
| Anna Kuznar, | ) ) | Hon. Joan Lefkow |
| Defendant. | ) ) | |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, Thomas Kuznar, by his attorneys, Jennifer Hollenbeck Sarhaddi and Elizabeth A. Thompson, Arnstein & Lehr LLP, *of counsel* hereby voluntarily dismisses this action, 11 P 6624, removed to this Court as 11 CV 09229, without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Defendant Anna Kuznar has not filed an answer or a motion for summary judgment in the 11 P 6624/11 CV 09229 case at this time.

Date: August 7, 2012

                                                        Respectfully submitted,
                                                        THOMAS KUZNAR

                                                        By: /s/ Elizabeth A. Thompson
                                                               One of his attorneys

Jennifer H. Sarhaddi (#6284415)
Elizabeth A. Thompson (#6304148)
Arnstein & Lehr LLP
120 S. Riverside Plaza, Suite 1200
Chicago, Illinois 60606
(312) 876-7100
Fax: (312) 876-0288

**CERTIFICATE OF SERVICE**

I, Elizabeth A. Thompson, an attorney, certify that I caused a copy of the attached Notice of Voluntary Dismissal to be served on all parties receiving notice through the CM/ECF system, and via facsimile and regular U.S. mail upon those individuals identified on the attached Service List.

/s/ Elizabeth A. Thompson

## SERVICE LIST

Mr. Adam Augustynski
Law Offices of Adam Augustynski
5850 W. Bryn Mawr Avenue
Chicago, Illinois 60646